IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 173.56.225.96

**ISP:** Verizon Internet Services
**Physical Location:** Irvington, NY

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 06/25/2018 03:37:52 | AF2470BDE7D611B8F52B6125395F0A1AA48595A8 | Purely Perfect Pink |
| 06/11/2018 13:30:56 | 3F4A5DBF141AC8226C9FFA51A3E357A71593FAFC | A Rose A Kiss and A Bang |
| 06/11/2018 13:19:08 | BCC6142F2347A53D8491834CCD2AE9C8DF7E816A | A Walk To Remember |
| 06/11/2018 12:20:01 | E3B203419FB0600C8FEDA0E9A4EECBB9E77576D8 | Want To Fuck My Wife |
| 12/25/2017 19:09:15 | 704944F18AD93159DCCF636671BF0F9024620B8F | Piano Concerto |

**Total Statutory Claims Against Defendant: 5**

EXHIBIT A

SNY467